**James Saul**, (OSB #152809)
WILD & SCENIC LAW CENTER
3519 NE 15th Ave., #207
Portland, OR 97212
Tel. (503) 342-2839
jamie@wildandsceniclaw.org
*Counsel for Plaintiffs; additional counsel listed on signature page*

**Nika Aldrich**, (OSB #160306)
SCHWABE, WILLIAMSON & WYATT, P.C.
1420 5th Avenue, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
naldrich@schwabe.com
*Counsel for Defendants; additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL DEFENSE CENTER** and **NORTHWEST GUIDES AND ANGLERS ASSOCIATION,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PACIFIC SEAFOOD AQUACULTURE LLC, PACIFIC SHELLFISH-TILLAMOOK LLC,** and **DULCICH, INC.**,<br><br>Defendants. | Case No. 3:25–cv–00328–IM<br><br>**JOINT STATUS REPORT** |

As required by the Court's order dated March 10, 2026 (Dkt. #40) (the "Order"), plaintiffs Northwest Environmental Defense Center and the Northwest Guides and Anglers

Association ("Plaintiffs") and defendants Pacific Seafood Aquaculture, LLC, Pacific Shellfish-Tillamook, LLC, and Dulcich, Inc. ("Defendants") provide this joint status report explaining what discovery disputes remain at this time from the Court's previous order, dated February 23, 2026, granting in part and denying in part Plaintiffs' Motion to Compel (Dkt. #27).

Following the Court's Order, the parties conferred by videoconference on March 17, 2026, to discuss the discovery disputes remaining from Plaintiffs' Motion to Compel. Through conferral, the parties came to agreement on several of the remaining issues, including a set of twenty-six (26) additional search terms and two (2) additional custodians to be used for further investigation by Defendants to locate responsive documents.

In addition, Defendants have agreed to search for and produce responsive documents dating back to January 1, 2015, as required by the Court's Order. Defendants' search for responsive documents is ongoing, and they have committed to making additional document productions on or before March 27, 2026. Plaintiffs reserve the right to renew their motion to compel or to file additional motions as needed following their receipt and review of Defendants' forthcoming document production.

Specifically, **Plaintiffs' Request Nos. 3 and 4** seek documents related to assertions in a declaration of Miranda Ries, a former employee who left the company before discovery began in this lawsuit. Defendants agreed to produce responsive documents to the extent any are located following a reasonable investigation.

**Plaintiffs' Request No. 5** seeks records for Defendants' vessels that operated in Tillamook Bay. Defendants represent that they have searched for relevant documents to supplement their production, but have identified no further documents responsive to this request.

To the extent any additional responsive documents are identified through their ongoing discovery investigations, Defendants will produce such documents.

Plaintiffs contend that Defendants' search for and production of documents responsive to Request No. 5 is incomplete and that Plaintiffs may require further assistance from the Court to resolve this dispute. Plaintiffs intend to review Defendant's forthcoming document production expected on or before March 27, 2026 to determine whether this dispute has been resolved.

**Plaintiffs' Request No. 6** calls for employment records for all Tillamook Bay employees employed at any time since January 1, 2000. Relatedly, Plaintiffs' Request No. 17 asks for employment information for persons identified as being "likely to have discoverable information that Defendants may use to support its claims and defenses in this action" in the Pacific Defendants' Initial Disclosures. Defendants declined to produce employment records, but agreed to and have produced a list of employees including their dates of employment and other relevant information.

**Plaintiffs' Request No. 10** requests a series of information regarding "oysters Pacific Seafood planted in the bay between 2021 and 2023" as described in paragraph 6 of the Declaration of Miranda Ries dated December 19, 2024. Defendants agreed to produce non-privileged documents to the extent such documents exist.

**Plaintiffs' Request No. 11** seeks "corporate records sufficient to show the corporate or business relationship between defendants Pacific Seafood Aquaculture, LLC, Pacific Shellfish-Tillamook, LLC, and Dulcich, Inc." During conferral, the parties came to agreement that the Pacific Seafood Defendants may produce an organizational chart, which the Pacific Defendants produced.

Plaintiffs have withdrawn their request for privileged communications following Defendants' production of a privilege log.

**WILD & SCENIC LAW CENTER**

By: *s/ James N. Saul* DATED: March 20, 2026
James N. Saul, OSB #152809
Email: jamie@wildandsceniclaw.org

**NORTHWEST ENVIRONMENTAL DEFENSE CENTER**

Mary Marguerite Stites, OSB #225005
Email: mary@nedc.org

*Attorneys for Plaintiffs Northwest Environmental Defense Center & Northwest Guides and Anglers Association*

**SCHWABE, WILLIAMSON & WYATT, P.C.**

By: *s/ Nika Aldrich* DATED: March 20, 2026
Nika Aldrich, OSB #160306
Email: naldrich@schwabe.com
Elizabeth A. Graves, OSB #193644
Email: egraves@schwabe.com
Ryen Godwin, *Pro Hac Vice*
Email: rgodwin@schwabe.com

*Attorneys for Defendants Pacific Seafood Aquaculture LLC, Pacific Shellfish-Tillamook LLC, and Dulcich, Inc.*